IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   05-cr-00024-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

KIRK OLDHAM,

    Defendant.

_____

**ORDER**
_____

THIS MATTER is before the Court on the Court's Order to Transport (ECF No. 66), filed July 23, 2015.   For the following reasons, the Order is hereby rescinded.   The Defendant is not eligible for non-custodial transportation by the U.S. Marshal's Office under 18 U.S.C. § 4285 because he is not on bond.   Further, the Court has since been informed by the Probation Office that the Defendant has funds available for transportation.   For these reasons, it is

ORDERED that the Court's Order to Transport (ECF No. 66) is **RESCINDED** and the Defendant's Motion for Non-Custodial Transportation to July 29 Hearing (ECF No. 62) is **DENIED**.   It is

FURTHER ORDERED that the Defendant shall appear at the July 29 hearing set for 10:00 a.m. in Courtroom A-1002 using his own funds.

Dated: July 27, 2015.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE